RECEIVED

NOV 1 8 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Trial Court Cause NO. 1412917D, 1414818D, 1417154D
Court of Appeals No.

| Shonda Moxley | § | In the 432nd Judicial |
| vs | § | District Court of |
| The State of Texas | § | Tarrant County, Texas |

## Motion for Bail Pending Appeal

To the Honorable Judge of said Court;

Comes Now, Shonda Moxley, Appellant pro se and layman at law in the above-styled and numbered cause, and respectfully moves the Court to grant bail pending appeal in such cause pursuant to Art 44.04, Texas C.C.P., and in support of this motion would show unto the Court as follows:

### I.

Appellant is currently confined in the Tarrant County Jail; and was convicted in the 432nd District Court of Tarrant County, Texas, on the offense of theft 500/500 in Cause No. 1412917D, 1414818D, 1417154D and assessed a sentence of 4 years confinement in TDC. Such sentence was pronounced in court on October 23 2015

### II.

On November 4, 2015, Appellant filed notice of appeal in this cause. A copy of such notice is attached hereto as Exhibit A and made a part of this motion for all purposes.

## III.

Bail is permissible in light of the fact that the sentence assessed in the case was less than 10 years, and the offense for which the Appellant was convicted is not listed under Section 3g (a)(1), Article 42.12, Texas C.C.P. Appellant's was convicted conviction is not for a violent crime, and there were no aggravating factors involved in the offense. Defendant has no outstanding bonds.

## IV.

Appellant has the resources and is willing to post bond in the amount of $5000⁰⁰, such amount being sufficiently high to ensure Appellant's presence before the Court to answer pending appeal. Setting bail in this amount is proper under the facts of this case.

The facts do not show that the Appellant is a continuing danger to society or that the Appellant is unlikely to appear.

## Prayer

WHEREFORE, Appellant respectfully requests that the Court set bail in the instant case at $5000⁰⁰ (Five Thousand)

Respectfully Submitted,

Shanda Moxley

Shanda Moxley, Defendant Pro Se

CID# 0240615   DOB: 7-16-1967